# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DOROTHY RHEA HAGOPIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-19-0635-P |
| | ) | |
| ANDREW M. SAUL, Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Dorothy Rhea Hagopian, appearing *pro se* and *in forma pauperis*, brings this action pursuant to 42 U.S.C. § 405(g) seeking to appeal the final decision of the Defendant Commissioner denying her application for disability benefits. Magistrate Judge Gary M. Purcell issued a Report and Recommendation on March 16, 2020, recommending plaintiff's action "be dismissed without prejudice based on her failure to serve Defendant and/or comply with the Court's orders." Doc. no. 10 (the Report), p. 4. The Report advised plaintiff of her right to file an objection to the Report by April 6, 2020. The Report also advised that failure to make timely objection to the Report waives appellate review of the recommended ruling. No objection to the Report has been filed, nor has plaintiff requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here. The court **ACCEPTS** the Report and, as recommended there, **DISMISSES** this action without prejudice based on

plaintiff's failure to serve the defendant and, alternatively, based on her failure to comply with the court's orders and prosecute this action.

IT IS SO ORDERED this 7th day of April, 2020.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0635p001.docx